UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| GROW BIZ INTERNATIONAL, INC., Plaintiff, v. MATTHEWS SPORTS EQUIPMENT, INC. and HARRIS E. MATTHEWS, Defendants. | Case No. 01-1318(ADM/AJB) **ORDER** |

This matter came on before the Court pursuant to Grow Biz International's application to confirm the June 14, 2001, arbitration award entered *In the Matter of Arbitration Between Grow Biz International, Inc. and Matthews Sports Equipment and Harris E. Matthews*, American Arbitration Association Case No. 65 114 00221 00. The Court, having reviewed the application, memoranda, and related papers in the record, and concluding that this Court has jurisdiction to the confirm the arbitration award, hereby makes and enters the following order:

IT IS HEREBY ORDERED that:

> Grow Biz International, Inc.'s Application to Confirm Arbitration Award is GRANTED and the June 14, 2001, Arbitration Award, which is attached hereto, is confirmed in all respects. The attached Arbitration Award is hereby specifically incorporated into, and considered a part of, the judgment which shall be entered in favor of Grow Biz International, Inc.

FILED 9-17-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9-17-01
DEPUTY CLERK

IT IS EXPRESSLY DETERMINED THAT THERE IS NO JUST REASON FOR DELAY OF ENTRY OF JUDGMENT. LET JUDGMENT AGAINST MATTHEWS SPORTS EQUIPMENT, INC. AND HARRIS E. MATTHEWS BE ENTERED IMMEDIATELY.

Dated: September 17, 2001.

BY THE COURT

Hon. Ann D. Montgomery
United States District Court Judge

GP:808915 v1